UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

AMAN CHAUDHARY                                    Case No. 17-24749-RBR
                                                  Chapter 7

_____DEBTOR(S)_____/

## TRUSTEE'S LIMITED OBJECTION TO MOTION FOR STAY RELIEF FILED BY CREDITOR BANK OF AMERICA, N.A.

Trustee Sonya Salkin, by and through her undersigned counsel, hereby files this Limited Objection to the Motion for Relief from Stay [ECF# 14] (the "Motion") filed by creditor Bank of America, N.A. The Trustee is investigating the facts and circumstances surrounding this case generally, and has recently received valuation information relevant to such inquiries. The 341 meeting in this case just concluded on February 8, 2018. Accordingly the Trustee asks that any stay relief granted to the movant have a delayed effectiveness of sixty (60) days. The Trustee will consult with Bank of America, N.A. in good faith to expedite an even prompter resolution of this matter.

By: /s/ Mark Bonacquisti, Esq.
Mark Bonacquisti, Esq.
FLBN 0703257

The Salkin Law Firm
P.O. Box 15580
Plantation, FL 33318
Tel.: (954)423-4469