

**ORDERED in the Southern District of Florida on March 15, 2018.**

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                    Case No.: 17-24749-RBR
                                                          CHAPTER 7
AMAN CHAUDHARY

Debtor
_____/

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE SALE OF HOMESTEAD REAL PROPERTY (DE #26)

THIS MATTER came to be heard on March 14, 2018, at 10:00 A.M., for consideration of *Debtor's Motion to Approve Sale of Homestead Real Property*, [D.E. 26; the "Motion"], and with the Court having considered the content of Motion, the record in this case, and for good cause shown, it is;

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor is permitted to sell his homestead property located at 8420 NW 61 Street, Tamarac, FL  33321.

3. The subject real property is legally described as:

UNIT 8420, JASMINE AT TAMARAC CONDOMINIUM, according to the Declaration of Condominium thereof, as recorded January 23, 2007 Under Clerk's File No. 106770256 in Official Records Book 43479, Page 1355, of the Public Records of Broward County, Florida.

4. In the event, the Debtor recovers any surplus funds from the sale of the subject property over and above the legitimate claims of liens thereon, said funds shall be maintained by the Debtor in a segregated homestead account to be used solely for the purchase of a new homestead.

5. Any and all administrative costs incurred by Trustee Sonya Salkin will be paid directly from the sale of the homestead property.

###

**Submitted by**:
Barry S. Mittelberg, Esq.
10100 W. Sample Rd, #407
Coral Springs, FL  33065
954-752-1213
Email: barry@mittelberglaw.com

Barry S. Mittelberg is directed to serve copies of this Order on all interested parties and file a certificate of service with the Court.